AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**GABRIEL M. WILLIAMS**

# CRIMINAL COMPLAINT

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 2, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__ .

I further state that I am __SPECIAL AGENT JENNELL B. BOGGS__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

Signature of Complainant
**SPECIAL AGENT JENNELL B. BOGGS**
**DRUG ENFORCEMENT ADMINISTRATION**

Sworn to before me and subscribed in my presence,

_____  at  __Washington, D.C.__
Date                                              City and State

_____           _____
Name & Title of Judicial Officer                  Signature of Judicial Officer