**STATEMENT OF FACTS**

On Thursday, February 2, 2006, DEA agents executed a Federal search warrant at xxxx Xxxxx Xxxxx, XX, Xxxxxxxxxx, XX, which is the residence of Gabriel Maakwei Williams. Prior to the execution of the search warrants, agents established surveillance on the residence. At approximately 6:25am, agents observed Williams arrive at his residence driving a 2003 Cadillac Deville with DC license plate Xxxxx. The vehicle is registered to Gabriel Williams at xxxx Xxxxx Xxxxx, XX, Xxxxxxxxxx, XX. Agents approached Williams and informed Williams that they had a federal search warrant for his residence.

At approximately 6:39am, the agents and Williams entered Williams residence utilizing Williams' house keys and executed the warrant. During the execution of the warrant, Williams made an unsolicited comment to agents that he had cocaine in a black bag in the laundry closet of the residence. Agents located and seized approximately 200 grams of suspected crack cocaine in a black back pack in the laundry room closet. A field test of the suspected crack cocaine tested positive for the presence of cocaine. Agents also seized numerous ziplock baggies consistent with drug distribution, two digital scales with suspected cocaine residue and three handguns. Williams stated to agents that he is the only person to reside at xxxx Xxxxx Xxxxx, XX, Xxxxxxxxxx, XX.

                                      Jennell B. Boggs
                                      Special Agent
                                      Drug Enforcement Administration

Sworn and subscribed before me on this _____ day of February, 2006.

`

                                      U.S. Magistrate Judge